

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 6, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. HDR Global Trading Limited*, 24 Cr. 424 (JGK)

Dear Judge Koeltl:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Samuel Raymond
    Samuel Raymond
    Assistant United States Attorney
    (212) 637-6519

APPLICATION GRANTED
SO ORDERED

9/9/24

John G. Koeltl, U.S.D.J.