```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

UNITED STATES OF AMERICA                24-cr-424 (JGK)

    - against -
                                        ORDER
HDR GLOBAL TRADING LIMITED,

                Defendant.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties should advise the Court by noon on October 4, 2024, whether either party seeks a <u>Fatico</u> hearing.

SO ORDERED.

Dated:   New York, New York
          October 2, 2024

                                      _____
                                          John G. Koeltl
                                   United States District Judge