UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA                    24-cr-424 (JGK)

         - against -
                                            ORDER
HDR GLOBAL TRADING LIMITED,

                  Defendant.

———————————————————————

JOHN G. KOELTL, District Judge:

    The Government maintains that, for purposes of calculating

the fine in this case, the amount of gain attributable to the

offense is $128,385,000. The defense contends that the amount has

not been properly calculated based on the reports the Government

is using. The defense says that a more accurate estimate of the

gain is $30,000,000. The Court could not determine based on the

parties' submissions that the Government has presented a reliable

estimate of the loss.

    In its most recent submission dated October 3, 2024, the

defense says it is prepared to go forward to sentencing without a

Fatico hearing and, if the Government's estimate of gain is

insufficient, then it should simply be rejected. The Government

has argued that the defense objections to the Government's

calculation should have been raised earlier with specific

objections to the figure that was accepted in the Pre-Sentence

Report. The defense objections to the Government's calculation was

contained in a reply submission by the defense to the Government's

sentencing submission.

But if the parties cannot reach agreement, the Court must be satisfied as to the calculations for purposes of determining the Guideline calculation of a fine, although the Guidelines are only the beginning point of the Court's analysis and the Court must ultimately determine the sentence based on the Court's application of the factors in 18 U.S.C. § 3553. The Court also notes that the parties' submissions are unusual with respect to the amount of mutual recriminations and, to that extent, are not very helpful.

If the parties are unable to reach agreement, the Court will hold a Fatico hearing. The parties should advise the Court by **noon** on **October 4, 2024,** whether the parties have reached agreement.

SO ORDERED.

Dated:    New York, New York
          October 3, 2024

                                        John G. Koeltl
                            United States District Judge