UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA                    24-cr-424 (JGK)

- against -
                                             ORDER
HDR GLOBAL TRADING LIMITED,

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The sentencing hearing set for October 7, 2024 at 4:30 p.m. is adjourned *sine die*.

    The Court will hold a scheduling conference with the parties on **October 7, 2024** at **4:30 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   New York, New York
          October 4, 2024

                                                  John G. Koeltl
                                     United States District Judge