```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
UNITED STATES OF AMERICA                         24-cr-424 (JGK)

    - against -
                                         ORDER

HDR GLOBAL TRADING LIMITED,

              Defendant.
---

JOHN G. KOELTL, District Judge:

    The Court will hold a Fatico hearing on **November 6 & 7, 2024**. The hearing will begin at **10:00 a.m.** on both days in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

    The time for the Government to provide disclosures pursuant to 18 U.S.C. § 3500 is **October 21, 2024**. The time for the defendant to provide § 3500 disclosures, if any, is **October 29, 2024**.

SO ORDERED.

Dated:    New York, New York
            October 7, 2024

                                                  John G. Koeltl
                                     United States District Judge