```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------------------

UNITED STATES OF AMERICA                24-cr-424 (JGK)

    - against -
                                        ORDER

HDR GLOBAL TRADING LIMITED,

                Defendant.

----------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant's application to preclude the Government from introducing certain Exhibits at the *Fatico* hearing scheduled for November 6, 2024, ECF No. 37, is **denied**.

    There appears to be no dispute that the Exhibits are based on data produced by the defendant on October 29, 2024. While the defendant asserts that the Government could have adduced the same information from the defendant's previous disclosures, the Government disputes the accessibility of that data. In any event, there is no argument that the Exhibits are not relevant to the issues to be decided at the *Fatico* hearing, and preclusion would deprive the Court of possibly relevant information. If the defendant contends that it needs more time to consider the material, it can make that argument at the hearing.

    Therefore, the defendant's application, ECF No. 37, is **denied**.

**SO ORDERED.**

Dated:    New York, New York
             November 5, 2024

                                              */s/ John G. Koeltl*
                                               John G. Koeltl
                                      United States District Judge