UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

HDR GLOBAL TRADING LIMITED,

        Defendant.

24-cr-424 (JGK)

<u>ORDER</u>

---

**JOHN G. KOELTL, District Judge:**

At the parties' request, the <u>Fatico</u> hearing in this case is adjourned to **December 3, 2024** at **10:00 a.m.** The time for the defendant to provide responsive Exhibits is **November 15, 2024**. The time for the Government to provide reply Exhibits is **November 20, 2024.**

If the <u>Fatico</u> hearing takes place on December 3, 2024, the time for the parties to submit supplemental briefs is **December 10, 2024.** The time for the parties to submit any reply briefs is **December 12, 2024.**

The sentencing hearing is adjourned to **December 18, 2024** at **2:30 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
            November 6, 2024

                                              John G. Koeltl
                                    United States District Judge