UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

HDR GLOBAL TRADING LIMITED,

Defendant.

24-cr-424 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The time for the parties to submit supplemental briefs remains **December 10, 2024**. The time for the parties to submit any reply briefs remains **December 12, 2024**.

The sentencing hearing is adjourned to **January 9, 2025** at **10:00 a.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   New York, New York
         December 3, 2024

_____
John G. Koeltl
United States District Judge