```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA                  24-cr-424 (JGK)

    - against -

                                    ORDER

HDR GLOBAL TRADING LIMITED,

              Defendant.

JOHN G. KOELTL, District Judge:

    The Government should respond by **2:00 p.m.** on **January 11, 2025** to the defendant's argument, raised for the first time in the defendant's responsive brief after the Fatico hearing, that any revenue gain from the offense should be reduced by a factor so that the resulting figure is the profit from the offense and not simply the revenue gain. See United States v. Sanford Ltd., 878 F. Supp. 2d 137, 149-50 (D.D.C. 2012).

SO ORDERED.

Dated:    New York, New York
           January 10, 2025

                                                  John G. Koeltl
                                       United States District Judge